# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Israel Jimenez          JOINT DEBTOR:                    CASE NO.:
Last Four Digits of SS# 6859          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 312.64   for months 1 to 60 ; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3650 TOTAL PAID $ 1500    Balance Due $ 2150
    payable $ 268.75    /month (Months 1 to 8)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                      Arrearage on Petition Date $
Address:                     Arrears Payment    $        /month (Months     to     )
                             Regular Payment    $        /month (Months     to     )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | To | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None                 Total Due $
                    Payable   $        /month (Months    to    ) Regular Payment $

<u>Unsecured Creditors</u>: Pay $ 12.63/month (Months 1 to 8) and Pay $ 281.38 /month (Months 9 to 10).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq
Attorney for the Debtor                        Joint Debtor
Date: 9-8-2016                                 Date:

LF-31 (rev. 01/08/10)