# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
## 1st modified plan

DEBTOR: Israel Jimenez        JOINT DEBTOR:_____        CASE NO.: 16-22406-RAM
Last Four Digits of SS# 6859        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.    $ 312.65    for months  1 to  7 ; in order to pay the following creditors:
  B.    $ 167.50    for months  8 to  60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 Motion to Modify = 4175 TOTAL PAID $ 1500
                  Balance Due $ 2675
                  payable $ 268.75/month (Months  1 to  7)
                  payable $ 132.29/month (Months  8 to  13)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  None_____                Arrearage on Petition Date  $_____
Address:_____                Arrears Payment   $_____/month (Months _____ to _____)
         _____                Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____    Total Due $_____
                  Payable  $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00/month (Months 1 to  7); Pay $ 18.46/month (Months  8 to  13; and Pay $ 150.75/month (Months  14 to  60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq
Attorney for the Debtor                                Joint Debtor
Date: 4/27/2017                                        Date:_____

LF-31 (rev. 01/08/10)